UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD.

                                 Case No.: 1:21-cv-01729-EK-RER

                        Plaintiff,

-against-

EDDINGTON LINK, LLC, LISA EDDINGTON

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR
<u>DEFAULT JUDGMENT</u>**

STATE OF FLORIDA      )
                              )    ss.:
COUNTY OF DADE      )

       I, Yonel Devico, being duly sworn deposes and swears:

       1.       I am a duly authorized representative and Vice President of the Plaintiff, Windward Bora, LLC (the "Plaintiff" or "Windward Bora").

       2.       I make this Affidavit in support of Plaintiff's Motion for Default Judgment in the above-captioned matter.

       3.       In preparation of this Affidavit, I reviewed business records related to the Subject Loan identified as follows:

       Borrower: Eddington Link, LLC (the "Borrower")

       Property Address: 57 East 54th Street, Brooklyn, New York 11203 (the "Property")

       4.       I am a Vice President of the Plaintiff Green Mountain Holdings (Cayman) Ltd. ("Green Mountain") and have access to and regularly access Windward Bora's business records involving mortgage loans owned and/or serviced by it, including the Subject Loan.

1

5. In the regular performance of my job functions, am familiar with business records maintained by Green Mountain. These records (which include, but are not limited to, data compilations, electronically imaged documents, and others) are made at or near the time of events or activities reflected in such records by, or from information provided by, persons with knowledge of the activities and the transactions reflected in such records and are kept in the ordinary course of business activity conducted regularly by Green Mountain (the "Business Records"). I am also familiar with Green Mountain's office practices and procedures. It is the regular practice of Green Mountain's business to create and maintain these records.

6. Furthermore, it is in Green Mountain's ordinary course of business to communicate with its predecessors-in-interest to obtain information, data and records regarding the Subject Loan and to rely on that information, data and records and to incorporate those records into the Business Records for Green Mountain.

7. In connection with making this Affidavit, I personally examined Green Mountain's Business Records associated with the Subject Loan. As a result of this review, I know the facts set forth in this Affidavit based on my own personal knowledge and if called and sworn as a witness could competently testify thereto.

8. Green Mountain is the current owner and holder of the Mortgage and Note described in the Complaint. True and correct copies of the Note and Mortgage are annexed hereto respectively as **Exhibit A** and **Exhibit B**. The Note was physically transferred to Green Mountain prior to the commencement of this action on February 18, 2021. A copy of the custodial intake record for the collateral file containing the original endorsed note from the Business Records is annexed hereto as **Exhibit C**.

9. This Subject Loan is due for the payment due on May 2, 2020. As of that date, the unpaid principal under the Note and Mortgage was $250,000.00. A copy of the Payment History for the Loan is annexed hereto as **Exhibit D**.

10. As of May 11, 2021, the past due interest owed on the Loan at the Note rate is $28,250.00 and the balance of default interest is $28,250.00. A copy of the Payoff Statement for the Loan is annexed hereto as **Exhibit E**. The total amount of interest is therefore $56,500.00. *See id.* As a result, the total amount due on the Subject Loan as of May 11, 2021 is $306,643.00. *See id.*

11. The mortgaged premises consist of one (1) parcel of land and one (1) tax lot located in the County of Kings, State of New York.

12. I respectfully request that the Court allow the premises be sold as one (1) parcel.

**WHEREFORE**, I respectfully request that the within motion be granted in all respects.

**GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD.**

_____
Yonel Devico
*Vice President*

STATE OF FLORIDA     )
                     ) ss.
COUNTY OF DADE       )

On  MAY 11 , 2021, before me, MOTT KORNICKI, a Notary Public in and for said County and State, personally appeared  YONEL DEVICO , who is **"CIRCLE ONE"** personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.



3

MY COMMISSION EXPIRES
NOV. 29, 2022



Mott Marvin Kornicki
COMMISSION # GG265229
EXPIRES: Nov. 29, 2022
Bonded Thru Aaron Notary