C

| Loan Number | Portfolio Name | Added/Downloaded |
|---|---|---|
| 10022022 | GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD. | 02/18/2021 |

File Received at Site
02/18/2021