```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 GREEN MOUNTAIN HOLDINGS (CAYMAN)
 LTD.,
                                              MEMORANDUM & ORDER
                      Plaintiff,              21-CV-1729(EK)(RER)

          -against-

 EDDINGTON LINK LLC, and LISA
 EDDINGTON

                      Defendants.
--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Ramon Reyes's Report and Recommendation ("R&R") dated December 31, 2021.  ECF No. 16.  Judge Reyes recommends that this Court (1) grant Plaintiff's motion for default judgment of foreclosure and sale and (2) direct Plaintiff to submit the names of three proposed special masters from which the Court will appoint one.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Reyes's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, I grant Plaintiff's motion for default judgment and order that Plaintiff

is awarded: (1) $250,000 for the outstanding principal balance on the Note; (2) $99,943.04 for unpaid interest for the period of May 2, 2020 through December 31, 2021; (3) $164.38 in per diem interest until the date of judgment; and (4) post-judgment interest pursuant to 28 U.S.C. § 1961(a).  I further order Plaintiff to submit, by April 11, 2022, a list of three proposed special masters to ascertain and compute the amounts due to Plaintiff under the mortgage, determine whether the premise may be sold in one parcel, and to conduct the foreclosure sale of the Property.  Finally, Plaintiff is permitted to seek a post-sale deficiency judgment should a deficiency exist after the sale of the Property.  The Clerk of Court is respectfully directed to enter judgment.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    March 28, 2022
         Brooklyn, New York