

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

November 2, 2022

**VIA ECF**
Judge Eric Komitee
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

        **RE:**    ***Green Mountain Holdings (Cayman) Ltd. v. Eddington Link, LLC, et al.***
              **Case No.: 21-cv-01729-EK-RER**
              **Referee**

Dear Judge Komittee:

We represent the Plaintiff, Green Mountain Holdings (Cayman) Ltd. ("Plaintiff") in the above referenced matter. We are writing to respectfully requesting direction from the Court in order to proceed with a foreclosure auction pursuant to the Order dated March 28, 2022.

On December 31, 2021, Magistrate Ramon E. Reyes issued a Report and Recommendation that directed Plaintiff to submit the names of three Plaintiff recommend three candidates to Judge Komitee so that he may select one to act as special master. On January 3, 2022, Plaintiff submitted the list of proposed special masters with a curriculum vitae for each.

On March 28, 2022, the Court adopted the Report and Recommendation. The Court again asked Plaintiff to submit a list of three proposed special masters. On the same date, Plaintiff submitted a list of three candidates pursuant to the Order.

On March 30, 2022, the Court issued another Order directing Plaintiff to submit a list of three proposed special masters. On the same date, Plaintiff contacted chambers to advise the Court that Plaintiff already submitted the list of referees with the curriculum vitae on January 3, 2022 and on March 28, 2022. We were told to disregard the Order. On July 25, 2022, another Order was issued asking Plaintiff to submit a list of special master with a curriculum vitae. Plaintiff contacted chambers again and asked the Court for direction since it believed it previously provided two letters with the curriculum vitae of three proposed special masters. A response was not provided.

Plaintiff would like to proceed with the scheduling of a foreclosure auction. As such, Plaintiff is respectfully requesting whether the Court requires any additional information so that it can choose a special master.

We thank you for your continued attention to this matter.

                                                  Respectfully,

                                                  */s/ Danielle P. Light*