

Mojdeh Malekan, Esq.

450 Seventh Ave, Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
mmalekan@hasbanilight.com

January 20, 2023

**VIA ECF**
Hon. Judge Eric Komitee
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

        **RE:**    *Green Mountain Holdings (Cayman) Ltd. v. Eddington Link, LLC, et al.*
                **Case No.: 21-cv-01729-EK-RER**
                **Appointment of Referee**

Dear Justice Komitee:

     We represent the Plaintiff, Green Mountain Holdings (Cayman) Ltd. ("Plaintiff") in this matter. On December 5, 2022, we complied with the Court's directive and supplied the resumes of three proposed referees. We write to inquire as to the status of the Court's appointment of a referee. If additional information is needed, we will supply it forthwith in an effort to proceed to the sale of the subject property.

     We thank you for your continued attention to this matter.

                                                   Respectfully,

                                                */s/ Mojdeh Malekan*